| STATE OF INDIANA | ) | | IN THE PORTER _____ COURT |
|---|---|---|---|
| | ) | SS: | |
| COUNTY OF PORTER | ) | | CAUSE NO. 64D01-1403-CT-1876 |

RICHARD SPINNENWEBER,   )
                                            )
      Plaintiff,                         )                   File Stamp      FILED
                                            )                   Pursuant To   IN OPEN COURT
v.                                  )                   TRIAL RULE 5(E)   FEB 28 2014
                                            )
ROBERT LADUCER, and            )
RED RIVER SUPPLY, INCORPORATED,  )                                      CLERK PORTER CIRCUIT & SUPERIOR COURT
                                            )
     Defendants.                   )

## COMPLAINT

Plaintiff Richard Spinnenweber, by counsel, hereby asserts claims for relief against Defendant Robert Laducer. In support hereof, the Plaintiff states and alleges:

1. At all times relevant herein, Richard Spinnenweber was domiciled in Jefferson County, Florida.

2. At all times relevant herein, Robert Laducer was domiciled in Williams County, North Dakota.

3. At all times relevant herein, Red River Supply, Incorporated was a North Dakota Corporation doing business in Porter County, Indiana.

4. At all times relevant herein, Robert Laducer was an employee of Red River Supply, Incorporated and working within the scope of said employment. As a result of an employee-employer relationship, Red River Supply, Incorporated is liable, under the theory of *respondeat superior*, for the negligent acts or omissions of Robert Laducer.

5. On May 17, 2012, at approximately 11:58 a.m., Richard Spinnenweber was operating a Dodge Caravan in the right, westbound lane of Interstate 94 in Porter County, Indiana.

6. At said date and time, Robert Laducer was operating a Kenworth Semi-Tractor and Trailer in the center, westbound lane of Interstate 94 in Porter County, Indiana.

7. At said date and time, Robert Laducer negligently changed lanes on Interstate 94 and caused the Kenworth Semi-Tractor and Trailer to collide with the Dodge Caravan being occupied by Richard Spinnenweber.

8. At all times relevant herein, Robert Laducer owed various duties, including but not limited to:

    a.     a duty to maintain proper control of the vehicle;

    b.     a duty to keep a proper lookout;

    c.     a duty to exercise reasonable and ordinary care in the operation of the vehicle;

    d.     a duty to operate the vehicle at a reasonable speed;

    e.     a duty to operate the vehicle in the center lane of the roadway;

    f.     a duty to not change from one traffic lane to another unless the movement can be made with reasonable safety;

    g.     a duty to use a hand or turn signal indicating a lane change; and

    h.     a duty to yield the center-of-way.

9. On May 17, 2012, at approximately 11:58 a.m., Robert Laducer negligently

breached the duties that were owed. Robert Laducer's breaches include, but are not limited to:

    a.    failing to maintain proper control of the vehicle;

    b.    failing to keep a proper lookout;

    c.    failing to exercise reasonable and ordinary care in the operation of the vehicle;

    d.    failing to operate the vehicle at a reasonable speed;

    e.    failing to keep the vehicle in the center lane of the road way;

    f.    changing from one traffic lane to another when the movement could not be made with reasonable safety;

    g.    failing to use a hand or turn signal to indicate a lane change; and

    h.    failing to yield the center-of-way.

10. Some of Robert Laducer's negligent acts or omissions were violations of statutes or ordinances. Robert Laducer's violation of the statutes or ordinances proximately caused the damages incurred and injuries sustained by Richard Spinnenweber. There was no excuse or justification in Robert Laducer's violation of the statutes or ordinances.

11. At all times relevant herein, Red River Supply, Incorporated was a motor carrier subject to the provisions of the Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana Code §8-2.1-24-18.

12. At all times relevant herein, the Semi-Tractor and Trailer being operated by Robert Laducer was a commercial motor vehicle subject to the provisions of the

Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana Code §8-2.1-24-18.

13. At all times relevant herein, as the driver and operator of the Semi-Tractor and Trailer, Robert Laducer, was subject to the provisions of the Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana Code §8-2.1-24-1.

14. As a direct and proximate result of Robert Laducer's negligence, Richard Spinnenweber:

    a. has sustained physical and emotional injuries, which might be permanent in nature and have affected the ability to function as a whole person;

    b. has sustained physical pain and mental suffering, and it is likely physical pain and mental suffering will be experienced in the future, as a result of the injuries;

    c. has incurred reasonable expenses for necessary medical care, treatment and services, and it is likely expenses for future medical care, treatment, and service will also be incurred;

    d. may have had personal property damaged or destroyed, lost the use of personal property, and incurred towing and storage expenses;

    e. may have lost earnings, profits or income;

    f. may have lost or suffered an impairment of earning capacity;

    g. may have sustained bodily disfigurement or deformity; and

h.  may have been otherwise damaged and injured.

**WHEREFORE**, Plaintiff Richard Spinnenweber prays that the Court enters a judgment against Defendants Robert Laducer and Red River Supply, Incorporated, and for Plaintiff Richard Spinnenweber, in an amount sufficient to reasonably compensate Plaintiff Richard Spinnenweber for the damages incurred and injuries sustained, for costs, for a trial by jury on all issues in this cause, and all other just and proper relief in the premises.

Respectfully submitted,

CRAIG KELLEY & FAULTLESS LLC

_____
Christopher M. Barry, #26254-49

Attorneys for Plaintiffs:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

| STATE OF INDIANA | ) | | IN THE PORTER _____ COURT |
|---|---|---|---|
| | ) | SS: | |
| COUNTY OF PORTER | ) | | CAUSE NO. 64D01-1403-CT-1876 |

RICHARD SPINNENWEBER,

    Plaintiff,

v.

ROBERT LADUCER, and
RED RIVER SUPPLY, INCORPORATED,

    Defendants.

File Stamp Pursuant To Trial Rule 5(F)

**FILED** IN OPEN COURT

FEB 28 2014

## JURY TRIAL DEMAND

Plaintiff Richard Spinnenweber, by counsel, pursuant to Trial Rule 38 of the Indiana Rules of Procedure and the Constitution of the State of Indiana, hereby demands a trial by jury on all issues in this cause.

                                        Respectfully submitted,

                                        CRAIG KELLEY & FAULTLESS LLC

                                        Christopher M. Barry, #26254-49

Attorneys for Plaintiff:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Jury Trial Demand has been served with the Summons and Complaint.

_____
Christopher M. Barry