UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| RICHARD SPINNENWEBER, | ) | |
|     Plaintiff | ) | |
| | ) | |
|     v. | ) | CAUSE NO.: 2:14-CV-101-JEM |
| | ) | |
| ROBERT LADUCER and | ) | |
| RED RIVER SUPPLY INCORPORATED, | ) | |
|     Defendants. | ) | |

**VERDICT**

We, the jury, award damages in favor of Plaintiff Richard Spinnenweber and against Defendants Robert Laducer and Red River Supply Incorporated in the amount of $1,000,000.00.

December 4, 2018                                    /s Foreperson_____
Date                                                              Signature of Jury Foreperson