AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

RICHARD SPINNENWEBER,
    Plaintiff
        v.                          Civil Action No.   2:14-CV-101
ROBERT LADUCER, and RED RIVER SUPPLY INCORPORATED
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X** The Plaintiff, Richard Spinnenweber, recover from the Defendants, Robert Laducer, and Red River Supply Incorporated, damages in the amount of One Million Dollars, ($1,000,000.00) plus post-judgment interest at the rate of 2.7 %.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____ .

☐ Other: _____

This action was (*check one*):

**X** Tried to a jury with Magistrate Judge John E. Martin presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

☐ decided by Judge _____ on a _____

DATE:  12/4/2018                      ROBERT TRGOVICH, CLERK OF COURT
                                                                 by      /s/Susan Brown Nickerson
                                                                         *Signature of Clerk or Deputy Clerk*