UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RICHARD SPINNENWEBER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) CASE NO. 2:14-cv-00101-JTM-JEM<br>ROBERT LADUCER, and )<br>RED RIVER SUPPLY )<br>INCORPORATED )<br>)<br>Defendants. ) | |

**MOTION FOR A NEW TRIAL AND/OR TO AMEND JUDGMENT**

Defendants, Robert Laducer and Red River Supply, Inc., by counsel, Stephen M. Brandenburg of CAMELI & HOAG, P.C., move this Court for a new trial and/or an order of remittitur amending the judgment pursuant to Federal Rule of Civil Procedure 59(a) & (e).

1. Following a two-day trial that concluded on December 4, 2018, the jury entered a verdict against Robert Laducer and Red River Supply, Inc. in the amount of $1,000,000.

2. This verdict is grossly excessive, and the medical evidence submitted at trial does not support a verdict in this amount. Rather than basing the damages awarded on the evidence, it appears the jurors relied on the improper arguments Plaintiff's counsel made during opening and closing statement in which he requested the jurors use the verdict to send a message to trucking companies.

3. Given the lack of evidentiary foundation to support the verdict, Defendants now move the Court to enter an order for a new trial on damages pursuant to Fed. R. Civ. Proc. 59 and/or enter an order amending the verdict reducing the amount of damages awarded to the Plaintiff.

4. Defendants have submitted a memorandum of law in support of this motion and request that the Court set this matter for a hearing.

WHEREFORE, Defendants request that this motion be granted and the Court enter an order for a new trial and/or an order of remittitur amending the judgment and for all other just and proper relief.

                                      Respectfully submitted,

By:   /s/ Stephen M. Brandenburg

Stephen M. Brandenburg (#28935-45)
Perry W. Hoag (#19113-45)
CAMELI & HOAG, P.C.
5920 Hohman Avenue
Hammond, IN 46323
Telephone:  219-802-8392
sbrandenburg@camelihoaglaw.com
*Counsel for Defendants, Robert Laducer and Red River Supply Incorporated*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                /s/ Stephen M. Brandenburg