AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| RICHARD SPINNENWEBER, ) | |
| Plaintiff ) | |
| v. ) | **Civil Action No. 2:14-CV-101-J3M** |
| ) | |
| ROBERT LADUCER, ) | |
| RED RIVER SUPPLY, INC., ) | |
| ) | |
| Defendant(s) ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐  the plaintiff _____
recover from the defendant _____ the amount of _____
_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % along with costs.

☐   the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒   Other: Judgment is entered in favor of the Defendants, Robert Laducer, and Red River Supply, Inc., and against the Plaintiff, Richard Spinnenweber.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided  by Magistrate Judge John E. Martin on an oral motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50 made in open Court March 9, 2020.

DATE: March 9, 2020                    ROBERT TRGOVICH, CLERK OF COURT
                                                            By: s/Susan Brown Nickerson, Deputy Clerk