UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RICHARD SPINNENWEBER, )<br>      Plaintiff, )<br> )<br>    v. )<br> )<br>ROBERT LADUCER and )<br>RED RIVER SUPPLY INCORPORATED, )<br>      Defendants. ) | CAUSE NO.: 2:14-CV-101-JEM |

**ORDER**

This matter is before the Court on a Motion for Costs [DE 210], filed by Defendants on April 21, 2020. Plaintiff has not responded and the time to do so has passed.

At the bench trial on March 9, 2020, Plaintiff did not offer any evidence or testimony as part of his case-in-chief, and the Court granted Defendants' motion for directed verdict. Defendants reserved its right to move for costs unless there was an appeal. Plaintiff filed a Notice of Appeal on April 1, 2020, and Defendants now seek recovery of their costs. Federal Rule of Civil Procedure 54(d) provides for recovery of costs to the prevailing party unless otherwise prohibited. 28 U.S.C. § 1920 provides that the costs that may be recovered include fees for transcripts, printing and witness fees, and costs of copies. 28 U.S.C. §1920(2), (3), (4). For the Court "to award costs to a prevailing party, the court must determine that the expenses are allowable cost items and that the amounts are reasonable and necessary." *Northbrook Excess & Surplus Ins. Co. v. Procter & Gamble Co.*, 924 F.2d 633, 642 (7th Cir. 1991). Defendants seek $2,032.00 for transcripts and $966.05 in travel expenses for a potential witness, for a total of $2,998.05. Plaintiff has not objected to these costs, and the Court concludes that these are reasonable amounts for necessary and allowable items.

1

Accordingly, the Court hereby **GRANTS** the Motion for Costs [DE 210] and **ORDERS** Plaintiff to pay $2,998.05 in costs.

So ORDERED this 6th day of May, 2020.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record